1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Albie B. Jachimowicz (SBN 104549)
   E-mail: ablie@jachlawgroup.com
8  Joshua R. Jachimowicz (SBN 104549)
9  E-mail: josh@jachlawgroup.com
   JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW
10 1530 The Alameda, Suite 115
   San Jose, California 95126
11 Tel.: (408) 246-5500
12 Fax: (408) 246-1051
   Attorneys for Defendant
13 Icicles Creamrolls, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br>v.<br><br>ICICLES CREAMROLLS, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 3:19-CV-06533-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: April 21, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:  /s/ Amanda Lockhart Seabock |
| | | Amanda Lockhart Seabock |
| 4 | | Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: April 21, 2020 | JACHIMOWICZ LAW GROUP, ATTORNEYS AT LAW |
| 7 | | |

By:  /s/ Joshua R. Jachimowicz
Albie B. Jachimowicz
Joshua R. Jachimowicz
Attorneys for Defendant
Icicles Creamrolls, Inc.

Dated: April 22, 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Joshua R. Jachimowicz, counsel for Icicles Creamrolls, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 21, 2020      CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By:   /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff